TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00178-CV

Tuck & Patterson Law Mark LLP, Appellant

v.

KJFK-FM, Appellee

FROM THE COUNTY COURT OF AT LAW NO. 2 OF TRAVIS COUNTY

NO. 242,218, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

PER CURIAM

 Appellant has filed a motion to withdraw its appeal. We grant the motion and
dismiss the appeal. See Tex. R. App. P. 42.1(a)(2).

Before Justices Jones, B. A. Smith and Yeakel

Dismissed on Appellant's Motion

Filed: May 13, 1999

Do Not Publish